1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No.  1:23-po-00189-SAB-1 |
| 12     Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO STRIKE VICTIM IMPACT STATEMENT |
| 13     v. | |
| 14 MATTHEW S EDGERLY, | (ECF No. 27) |
| 15     Defendant. | **OCTOBER 3, 2024 DEADLINE** |

16

17    On August 15, 2024, Defendant Matthew Edgerly pled guilty to one count of vandalism,

18 in violation of 36 CFR § 2.31(a)(3).  (ECF No. 23.)  On August 15, 2024, the Court set

19 Defendant's sentencing hearing for October 4, 2024.  (Id.)  The Court ordered victim impact

20 statements be filed by September 27, 2024.  (Id.)

21    On September 30, 2024, the Government filed a victim impact statement, which was

22 emailed by the victim to the Government on September 24, 2024.  (ECF No. 25.)  On September

23 30, 2024, Defendant filed a motion to strike the statement.  (ECF No. 27.)

24    Defendant's only argument for striking the September 24, 2024 victim impact statement

25 is the Government's failure to file it by September 27, 2024.  The Court agrees that the

26 Government violated the Court's August 15, 2024 order.  It is not well-taken that the

27 Government did not provide an explanation for failing to file the September 24, 2024 statement

28 until September 30, 2024, after the deadline ordered by the Court.    Aside from this

1

1   admonishment, however, the Court shall deny Defendant's motion.

2        The Crime Victim's Rights Act ("CVRA") provides for the right of a victim "to be

3   reasonably heard at any public proceeding in the district court involving release, plea,

4   sentencing, or any parole proceeding," 18 U.S.C. § 3771(a)(4), and "to be treated with fairness

5   and with respect for the victim's dignity and privacy," Id. § 3771(a)(8).  In any court proceeding

6   involving an offense against the crime victim, the Court shall ensure that the victim is afforded

7   the rights described in subsection (a).  18 U.S.C. § 3771(b).  The CVRA made victims of crime

8   independent participants in the criminal justice process.  Kenna v. U.S. Dist. Court for C.D. Cal.,

9   435 F.3d 1011, 1013 (9th Cir. 2006); see also United States v. Turner, 367 F.Supp.2d 319, 322

10  (E.D.N.Y. 2005) ("[T]he CVRA gives crime victims direct standing to vindicate their procedural

11  and substantive rights in criminal cases independently of prosecutors, see 18 U.S.C. § 3771(d),

12  and also imposes on the judiciary an affirmative obligation to 'ensure' that those rights are

13  'afforded.' " Id. § 3771(b).").

14       Thus, under the CVRA, this Court is tasked with ensuring the victim's right to be

15  reasonably heard and treated with fairness are afforded in any court proceedings involving an

16  offense against the victim.  The victim's right to be reasonably heard and treated with fairness in

17  the sentencing proceeding should not be stifled by the Government's failure to timely file the

18  victim's September 24, 2024 statement.  Striking the otherwise timely statement and forcing the

19  victim to appear at sentencing in order to be heard is neither reasonable nor fair.  The Court will

20  not punish the victim for the Government's failure to file the timely statement.

21       Instead, the remedy for the Government's failure to obey the Court's August 15, 2024

22  order is to ensure that Defendant is afforded adequate time to prepare for sentencing in response

23  to the written statement, including a request for restitution.  Accordingly, any request by

24  Defendant to continue the sentencing hearing for this purpose shall be filed **no later than 5:00**

25  **p.m. on October 3, 2024**.  The Court does this only to ensure that the defendant not make

26  another trip which is then continued at the hearing. The Court is prepared to accommodate

27  Defendant and prioritize a continued sentencing hearing to a date requested by the Defendant.  If

28  Defendant does not file a request for continuance, sentencing will proceed on October 4, 2024 at

1   11:00 a.m. in Courtroom 9.

2       Based on the foregoing, Defendant's motion to strike the victim impact statement (ECF

3   No. 27) is DENIED.  Any request by Defendant to continue the sentencing hearing SHALL be

4   filed **no later than 5:00 p.m. on October 3, 2024**.

5

6   IT IS SO ORDERED.

7   Dated:    **October 2, 2024**

                             UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28