HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MATTHEW EDGERLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:23-po-00189-SAB |
| Plaintiff, | **SEALING ORDER** |
| vs. | Judge: Hon. Stanley A. Boone |
| MATTHEW EDGERLY, | |
| Defendant. | |

GOOD CAUSE APPEARING as argued at the sentencing hearing on October 4, 2024, IT IS HEREBY ORDERED that Document 25 shall be sealed.

IT IS SO ORDERED.

Dated:   **October 4, 2024**

UNITED STATES MAGISTRATE JUDGE