| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MATTHEW EDGERLY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-po-189 |
| Plaintiff, | STIPULATION TO MODIFY A CONDITION OF PROBATION PURSUANT TO 18 U.S.C. §§ 3563(C) AND 3564(D); ORDER |
| vs. | |
| MATTHEW EDGERLY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for Matthew Edgerly, that the Court may modify condition #8 by removing the condition of 50 hours of community service and instead ordering that Mr. Edgerly pay a $400 fine.

On October 7, 2024, this Court sentenced Mr. Edgerly for one count of vandalism, in violation of 36 CFR 2.31(a)(3).  The Court imposed a sentence of one year of probation, expiring on October 4, 2025.  Among the conditions of probation was condition #8, ordering Mr. Edgerly to complete 50 hours of community service by 1/31/2025.

Mr. Edgerly began working for Amazon in the fall and was required to work increased hours over the holidays.  Because of his work responsibilities, he has not been able to meet his community service requirement at this point, but he is able to pay a fine.  For that reason, the

1 parties request that this Court modify condition #8 to require Mr. Edgerly to pay a fine of $400.

The parties believe that this is a fair modification under the circumstances and that the sentence remains reasonable under the § 3553(a) factors, as the fine punishes Mr. Edgerly for his conduct and promotes deterrence.

                                                 Respectfully submitted,

                                                 MICHELE BECKWITH
                                                 Acting United States Attorney

Date:  January 13, 2025                     */s/ Jeffrey Spivak*
                                                 JEFFREY SPIVAK
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

Date: January 13, 2025                     */s/ Laura Myers*
                                                 LAURA MYERS
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 MATTHEW EDGERLY

**O R D E R**

**IT IS SO ORDERED.**  Pursuant to 18 U.S.C. §§ 3563(c) and 3564(d), the Court hereby modifies conditions 8 as follows:

8. The defendant shall pay a fine of $400.00, which shall be paid in full by 1/31/2025.

All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **January 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

Edgerly / Stipulation to
Modify Condition of Probation

-3-