# IN THE UNITED STATES DISTRICT COURT
## For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>MATTHEW S. EDGERLY,<br><br>                Defendant. | Case No. 1:23-po-189<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 2.31(a)(3)

**Sentence Date:** October 4, 2024

**Review Hearing Date:** August 14, 2025

**Probation Expires On:** October 4, 2025

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $400 which Total Amount is made up of a Fine: $     Special Assessment: $     Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $     per month by the     of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete Anger management course by 3/28/2025

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                 Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance: Defendant's $400 fine was received by CVB on February 15, 2025. (ECF #37). It was due on January 31, 2025. (ECF #36). While the government notes that issue for the Court, the government nevertheless joins in the defense request to allow Defendant's probation term to expire on 10/04/2025 as originally ordered, and to vacate the review hearing in this matter.

DATED: 7/31/2025                                  /s/ Jeffrey Spivak
                                                  JEFFREY SPIVAK
                                                  ASSISTANT UNITED STATES
                                                  ATTORNEY

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/14/2025 at 10 am

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 7/31/2025                                  /s/ Laura Myers
                                                  LAURA MYERS
                                                  DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The review hearing set for 8/14/2025 at 10 a.m. is VACATED.

☐ DENIED.

IT IS SO ORDERED.

Dated: **August 1, 2025**                         _____
                                                  STANLEY A. BOONE
                                                  United States Magistrate Judge